FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION                  2026 MAR 17 P 2: 34

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COURTNEY HRUSKA,<br><br>Defendant. | Case No. 1:26-CR-57<br><br>Count 1: Wire Fraud<br>18 U.S.C. § 1343<br><br>Forfeiture Notice |

## CRIMINAL INFORMATION

THE UNITED STATES CHARGES THAT:

### COUNT 1
(Wire Fraud)

From in or around August 2023 through in or around July 2024, in the Eastern District of Virginia and elsewhere, the defendant, Courtney Hruska, having devised a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted writings, signs, and signals by means of wire communication in interstate commerce—to wit: the defendant, using a cell phone and computer while in the Eastern District of Virginia, caused to be transmitted, by means of false and fraudulent pretenses, unauthorized wire transfers from Bank, a bank that is located outside the Commonwealth of Virginia—for the purpose of executing the scheme and artifice to defraud.

(In violation of Title 18, United States Code, Section 1343).

## FORFEITURE NOTICE

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant, COURTNEY HRUSKA, is hereby notified that, if convicted of the offense listed in Count 1 of the Information, the defendant, COURTNEY HRUSKA, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, that constitutes or is derived from proceeds traceable to the violation.

The property subject to forfeiture includes, but is not limited to, a monetary judgment in the amount of not less than $22,865.07, representing the proceeds that the defendant obtained as a result of the offense in Count 1.

Pursuant to 21 U.S.C. § 853(p), the defendant, COURTNEY HRUSKA, shall forfeit substitute property if, by any act or omission of the defendant, COURTNEY HRUSKA, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c); and Federal Rule of Criminal Procedure 32.2(a)).

Respectfully submitted,

Todd W. Blanche
Deputy Attorney General

Date:  March 17, 2026          By:  _____

Jake A. Drucker
Special Assistant United States Attorney
Jordan Harvey
Assistant United States Attorney
Counsel for the United States